**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00490-CR
No. 05-14-00491-CR
No. 05-14-00492-CR
No. 05-14-00493-CR

**JIMIL BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-33944-M, F10-33945-M, F12-33914-M, F12-34048-M**

## ORDER

Counsel filed an *Anders* brief in these cases. The appeals are from appellant's conviction following the adjudication of his guilt. Although counsel mentions the original plea proceedings, he does not discuss the March 26, 2012 or the September 12, 2012 hearings. Nor does the brief address the validity of the indictment, the admonishments, or any motions that may have been filed. Moreover, the record reflects that the conditions of appellant's community supervision were modified, but counsel does not discuss the proceedings, if any, at which the modifications were made. Finally, counsel does not address any motions that were filed by appellant. Accordingly, we conclude the brief does not satisfy the requirements of *Anders* and its progeny.

*See Jeffery v. State*, 903 S.W.2d 776 (Tex. App.—Dallas 1995, no pet.).  Accordingly, we **STRIKE** the *Anders* brief filed by counsel on December 5, 2014.

We **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either an amended brief that complies with the requirements of *Anders* and its progeny or a brief raising issues on the merits.


/s/     LANA MYERS
          JUSTICE